```
JOHN R. DUREE, JR.
Attorney at Law - SBN 65684
1001 G Street, Suite 103
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
UY NGUYEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-MJ-00214-DB |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUBSTITUTION OF ATTORNEY |
| v. | ) | |
| | ) | |
| | ) | |
| UY NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is respectfully requested that Mia Crager be relieved as attorney of record and that John R. Duree, Jr. be substituted as attorney of record for defendant in the above-entitled case.

Dated: December 21, 2017              Respectfully submitted,


                                      /s/John R. Duree, Jr.
                                      JOHN R. DUREE, JR.
                                      Attorney at Law
//

//




SUBSTITUTION OF ATTORNEY - 1

I accept the substitution.

Dated: December 21, 2017                /s/Mia Crager
                                        MIA CRAGER
                                        Attorney at Law

I consent to the substitution.

Dated: December 21, 2017                /s/Uy Nguyen
                                        UY NGUYEN
                                        Defendant
                                        (Original retained in file)

## ORDER

IT IS SO ORDERED.

Dated:  December 22, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

SUBSTITUTION OF ATTORNEY - 2